**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DEWAYNE WALKER,<br><br>Defendant. | Case No. 2:24-cr-00031-APG-NJK<br><br>**Order**<br><br>[Docket No. 123] |

Pending before the Court is a motion to withdraw as Defendant's counsel. Docket No. 123. The Court hereby SETS that motion for a hearing on November 13, 2025, at 10:00 a.m., in Courtroom 3A. Defendant must be present for the hearing.

IT IS SO ORDERED.

Dated: November 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1